Stephen M. Pezanosky
State Bar No. 15881850
Autumn D. Highsmith
State Bar No. 24048806
Jarom J. Yates
State Bar No. 24071134
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile:  214.651.5940
Email: stephen.pezanosky@haynesboone.com
Email: autumn.highsmith@haynesboone.com
Email: jarom.yates@haynesboone.com

**PROPOSED ATTORNEYS FOR DEBTORS**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| TRANSCOASTAL CORPORATION | § | Case No. 15-34956-hdh-11 |
| CORETERRA OPERATING, LLC | § | Case No. 15-34957-hdh-11 |
| | § | |
| Debtors. | § | Joint Administration Pending |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND DISCLAIMER
REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND
STATEMENT OF FINANCIAL AFFAIRS**

TransCoastal Corporation ("TransCoastal") and CoreTerra Operating, LLC ("CoreTerra", and together with TransCoastal, the "Debtors"), file these *Global Notes and Statement of Limitations and Disclaimer Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") with the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court") contemporaneously with the Debtor's Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements"). The Debtors prepared the Schedules and Statements pursuant to sections 1106 and 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes pertain to, are incorporated by reference in, and comprise an integral part of the Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"),

nor are they intended to be fully reconciled with any financial statements of the Debtors. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to compile information regarding the assets and liabilities of the Debtors.

**Global Notes and Limitations**

The Debtors have historically accounted for their assets and liabilities on a consolidated basis. Accordingly, the Schedules and Statements may include assets or liabilities at the TransCoastal level that should more accurately be included at the CoreTerra level, and vice versa. The Debtors will endeavor over the upcoming week to confirm that the assets and liabilities are accurately scheduled with the proper Debtor. If any corrections need to be made, the Debtors will file amended Schedules and Statements.

Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate, consistent with the Bankruptcy Code and Rules.

**Fill in this information to identify the case:**

Debtor name: TransCoastal Corporation

United States Bankruptcy Court for the: Northern   District of Texas
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2015 | to Filing date | ☒ Operating a business<br>☐ Other _____ | $ 1,470,810 |
   | **For prior year:** | From 01/01/2014 | to 12/31/2014 | ☒ Operating a business<br>☐ Other _____ | $ 4,555,000 |
   | **For the year before that:** | From 01/01/2013 | to 12/31/2013 | ☒ Operating a business<br>☐ Other _____ | $ 3,622,000 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2015 | to Filing date | Lawsuit settlement | $ 1,127,342 |
   | **For prior year:** | From _____ | to _____ | _____ | $ _____ |
   | **For the year before that:** | From _____ | to _____ | _____ | $ _____ |

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **1**

Debtor **TransCoastal Corporation**     Case number (*if known*) _____
      Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Supporting Schedule for Form 207 | 9/15-12/15 | $ 203,649 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☒ Other **County taxes** |
| 3.2. | | | $ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | TransCoastal Corporation (DE) | Various | $ unknown | various payments made on behalf of TransCoastal Corporation (DE) |
| | **Relationship to debtor** Parent | | | |
| 4.2. | | | $ | |
| | **Relationship to debtor** | | | |

Debtor    TransCoastal Corporation_____    Case number (*if known*)_____
         Name

## 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name  _____ Street  _____ City    State    ZIP Code | _____ | _____ | $_____ |
| 5.2. _____ Creditor's name  _____ Street  _____ City    State    ZIP Code | _____ | _____ | $_____ |

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____ Creditor's name  _____ Street  _____ City    State    ZIP Code | _____  Last 4 digits of account number: XXXX– __ __ __ __ | _____ | $_____ |

### Part 3:  Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Case title**  Enexco,, Inc., et al. and Palace Exploration v. Cabot Oil & Gas Corporation  **Case number**  10CV31,293 | Commercial Dispute | 123rd/273rd Judicial District Court  *Name*  of Shelby County, TX  *Street*  200 San Augustine St. Suite 4  Center TX 75935  *City    State    ZIP Code* | ☐ Pending  ☐ On appeal  ☒ Concluded |
| 7.2. | **Case title**  Kennedee-Griffin Petroleum LLC v. Transcoastal Corporation, David May, Stuart Hagler, and Wilber Westmoreland  **Case number**  DC-14-08203 | Commercial Dispute | 193rd Judicial District Court of Dallas County  *Name*  600 Commerce St.  *Street*  8th FL, New Tower  Dallas, TX 75202  *City    State    ZIP Code* | ☒ Pending  ☐ On appeal  ☐ Concluded |

Official Form 207            **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**            page **3**

Debtor   TransCoastal Corporation                         Case number (*if known*)_____
         Name

### 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| _____ | _____ | _____ |
| Street | **Case number** | Name |
| _____ | _____ | _____ |
| City    State    ZIP Code | **Date of order or assignment** | Street |
| | _____ | _____ |
| | | City    State    ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | _____ | _____ | $_____ |
| | Recipient's name | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | _____ | _____ | $_____ |
| | Recipient's name | _____ | | |
| | Street | | | |
| | _____ | | | |
| | City    State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| _____ | | | |

Debtor   TransCoastal Corporation  
         Name

Case number (*if known*)_____

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See Supporting Schedule for Form 207 | | 10/15-12/15 | $ 460,000 |

**Address**

_____  
Street  
_____  
City        State       ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | _____ | _____ | $_____ |

**Address**

_____  
Street  
_____  
City        State       ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.  
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

Debtor  **TransCoastal Corporation**  Case number (*if known*)_____
      Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | Address | | | |
| | Street / City / State / ZIP Code | | | |
| | Relationship to debtor | | | |
| 13.2. | _____ | _____ | _____ | $_____ |
| | Address | | | |
| | Street / City / State / ZIP Code | | | |
| | Relationship to debtor | | | |

**Part 7: Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | 17304 Preston Rd, Ste 700 <br> Street <br> Dallas, TX 75252 <br> City / State / ZIP Code | From 2006 To 2014 |
| 14.2. | _____ <br> Street <br> _____ <br> City / State / ZIP Code | From _____ To _____ |

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page **6**

Debtor ____TransCoastal Corporation_____ Case number (*if known*)_____
      Name

# Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name<br><br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br>_____<br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

# Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____
    Does the debtor have a privacy policy about that information?
    ☐ No
    ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

    Has the plan been terminated?
    ☐ No
    ☐ Yes

Debtor  **TransCoastal Corporation**  Case number (*if known*)_____
_____Name_____

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Liberty Bank<br>5055 Keller Springs Rd # 120<br>Addison, TX 75001 | XXXX–0 1 6 8 | ☒ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | March 2015 | $ 10,624 |
| 18.2. | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Address | | ☐ No<br>☐ Yes |

Debtor  __TransCoastal Corporation_____  Case number (*if known*)_____
       Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City       State       ZIP Code | _____ _____ _____ | _____ _____ _____ | $_____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ **Case number** _____ | Name _____ Street _____ _____ City       State       ZIP Code | _____ _____ _____ | ☐ Pending ☐ On appeal ☐ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name _____ Street _____ _____ City       State       ZIP Code | _____ Name _____ Street _____ _____ City       State       ZIP Code | _____ _____ _____ | _____ |

Debtor  **TransCoastal Corporation**
Name

Case number (*if known*)_____

## Part 13: Details About the Debtor's Business or Connections to Any Business

24. **Has the debtor notified any governmental unit of any release of hazardous material?**
    ☒ No
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|
    | Name / Street / City State ZIP Code | Name / Street / City State ZIP Code | | |

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    25.1.
    **Business name and address**
    Coreterra Operating, L. L. C.
    Name
    2601 W Kentucky Ave
    Street
    Pampa, TX 79065
    City   State   ZIP Code

    **Describe the nature of the business**
    Oil and Natural Gas operator

    **Employer Identification number**
    Do not include Social Security number or ITIN.
    EIN: 4 3 – 2 0 9 7 3 5 5
    **Dates business existed**
    From 2006   To present

    25.2.
    **Business name and address**
    Name / Street / City State ZIP Code

    **Describe the nature of the business**

    **Employer Identification number**
    EIN: __ __ – __ __ __ __ __ __ __
    **Dates business existed**
    From _____ To _____

    25.3.
    **Business name and address**
    Name / Street / City State ZIP Code

    **Describe the nature of the business**

    **Employer Identification number**
    EIN: __ __ – __ __ __ __ __ __ __
    **Dates business existed**
    From _____ To _____

Debtor  TransCoastal Corporation
Name

Case number (*if known*) _____

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | John P. Graves (Name)<br>502 N. Locust (Street)<br>Denton, TX 76201 (City, State, ZIP) | From 2010    To current |
| 26a.2. | ___ (Name)<br>___ (Street)<br>___ (City, State, ZIP) | From ___    To ___ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Whitley Penn LLP (Name)<br>8343 Douglas Ave, Ste. 400 (Street)<br>Dallas, TX 75225 (City, State, ZIP) | From 6/1/2014    To Current |
| 26b.2. | Rothstein Kass LLP (Name)<br>255 McKinnon St. (Street)<br>Dallas, TX 75201 (City, State, ZIP) | From 1/1/2013    To 6/1/2014 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | ___ (Name)<br>___ (Street)<br>___ (City, State, ZIP) | ___ |

Debtor   TransCoastal Corporation    Case number (*if known*)_____
         *Name*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. <br> _____ <br> Name <br> _____ <br> Street <br> _____ <br> City        State     ZIP Code | _____ <br> _____ <br> _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❏ None

**Name and address**

26d.1.  Green Bank, N.A.
        *Name*
        5950 Sherry Lane, Suite 400
        *Street*

        Dallas, TX 75225
        City        State     ZIP Code

**Name and address**

26d.2.  Melody Business Finance
        *Name*
        60 Arch Street
        *Street*

        Greenwich, CT 06830
        City        State     ZIP Code

27. **Inventories**

    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ☒ No
    ❏ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.  _____
       Name
       _____
       Street

       _____
       City        State     ZIP Code

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **12**

Debtor __TransCoastal Corporation_____ Case number (*if known*)_____
      Name

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| | _____ | _____ | $_____ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.2. | _____ |
| | Name |
| | _____ |
| | Street |
| | _____ |
| | City      State    ZIP Code |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| TransCoastal Corporation (DE) | 4975 Voyager Drive Dallas, TX 75237 | Parent | 98.3% |
| Stuart Hagler | 4944 Royal Lane Dallas, TX 75229 | CEO, Director | 0% |
| David May | 4400 Lorraine Ave Dallas, TX 75205 | Pres-Acquisitions; Director | 0% |
| Wilber Westmoreland | 1920 Brokenlance Ln Rockwall, TX 75032 | Pres-Operations; Director | 0% |
| Derrick May | 4400 Lorraine Ave Dallas, TX 75205 | Corp Secretary; Controller | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**
☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Supporting Schedule for Form 207 | 590,904 | Various | Various |
| | Name | | | |
| | _____ | | | |
| | Street | | _____ | |
| | _____ | | | |
| | _____ | | _____ | |
| | City   State   ZIP Code | | | |
| | **Relationship to debtor** | | _____ | |
| | _____ | | | |

Debtor __TransCoastal Corporation_____  Case number (if known)_____
      Name

|  | **Name and address of recipient** |  |  |  |
|---|---|---|---|---|
| 30.2 | Name |  |  |  |
|  | Street |  |  |  |
|  |  |  |  |  |
|  | City      State      ZIP Code |  |  |  |
|  | **Relationship to debtor** |  |  |  |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
  ☐ No
  ☒ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| TransCoastal Corporation | EIN: 7 5 - 2 7 7 7 2 4 3 |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
  ☒ No
  ☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
|  | EIN: __ __ - __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __12 / 08 / 2015__
              MM / DD / YYYY

✗ _____*S.S.Hagler*_____  Printed name __Stuart Hagler_____
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor __Chief Executive Officer__

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
  ☐ No
  ☒ Yes

# TransCoastal Corporation
## Supporting Schedules for Form 207
### Statement of Financial Affairs for Non-Individual Filing for Bankruptcy

**Part 2.3- Certain payments or transfers to creditors within 90 days before filing this case**

| | Creditor Name | Dates | Total Amount | Reason |
|---|---|---|---|---|
| 3.3 | Blue Cross Blue Shield | Sept-Nov 2015 | 39,695 | Vendor |
| | PO Box 731428, Dallas, TX 75373 | | | |
| 3.5 | Stephens County Tax Office | 10/27/15 | 17,705 | County Tax |
| | 200 West Walter St , Breckenridge, TX 76424 | | | |
| 3.6 | Van Choate | 10/13/15 | 14,000 | Service |
| | 2959 Bugscuffle Rd, Bowie, TX 76230 | | | |
| 3.7 | Montague County Tax Office | 9/28/2015 | 10,477 | County Tax |
| | PO Box 8, Montague, TX 76251 | | | |
| 3.8 | Consolidated Communications | Sept-Nov 2015 | 9,500 | Vendor |
| | PO Box 66523, Saint Louis, MO 6166 | | | |
| 3.9 | Gaye Whithead | 10/22/2015 | 7,272 | Service |
| | PO Box 382 Pampa, TX 79066 | | | |
| 3.10 | Brown & Fortunato | 12/4/2015 | 20,000 | Service |
| | PO Box 9418, Amarillo, TX 79105 | | | |
| 3.11 | Carrington Coleman Sloman & Blumenthal | 12/7/2015 | 85,000 | Service |
| | 901 Main Street Ste 5500 | | | |
| | Dallas, TX 75202 | | | |
| | **Total** | | **203,649** | |

**Part 6. Payments related to Bankruptcy**

| | Who was paid? | If not money, describe | Dates | Total Value |
|---|---|---|---|---|
| **11.1** | **BlackHill Partners** | | 10/13/2015 | 150,000 |
| | 2651 N. Harwood St Ste 120 | | 12/7/2015 | |
| | Dallas  TX, 75201 | | | |
| | www.blackhillpartners.com | | | |
| **11.2** | **Haynes and Boone** | | 10/13/2015 | 205,000 |
| | 301 Commerce Street, Ste. 2600 | | 12/7/2015 | |
| | Ft. Worth, TX 76102 | | | |
| | www.haynesboone.com | | | |
| **11.3** | **BlackBriar Advisors** | | 12/1/2015 | 20,000 |
| | 901 Main St, Ste. 600 | | | |
| | Dallas, TX 75202 | | | |
| | www.blackbriaradvisors.com | | | |
| **11.4** | Carrington Coleman Sloman & Blumenthal | | 12/7/2015 | 85,000 |
| | 901 Main Street Ste 5500 | | | |
| | Dallas, TX 75202 | | | |
| | www.ccsb.com | | | |
| | **Total** | | | **460,000** |

# TransCoastal Corporation
## Supporting Schedules for Form 207
### Statement of Financial Affairs for Non-Individual Filing for Bankruptcy

**Part13.30- Payments or other transfers within 1 year for the benefit of any insider**

| | Insiders's name and address | Dates | Total Amount | Reason |
|---|---|---|---|---|
| **30.1** | **Stuart Hagler** | 1/26/2015 | 126,218 | Repay S/T Note |
| | 4944 Royal Lane | 1/15-10/15 | | Salary |
| | Dallas, TX 75229 | 1/15-10/15 | | Medical Ins |
| | CEO, Director | | | |
| | | | | |
| **30.2** | **David May** | 1/26/2015 | 184,293 | Repay S/T Note |
| | 4400 Lorraine Ave | 6/8/2015 | | Repay S/T Note |
| | Dallas, TX 75205 | 1/15-10/15 | | Salary |
| | President, Director | 1/15-10/15 | | Medical Ins |
| | | | | |
| **30.3** | **Wilber Westmoreland** | 1/26/2015 | 164,202 | Repay S/T Note |
| | 1920 Brokelance Ln | 6/8/2015 | | Repay S/T Note |
| | Rockwall,, TX 75032 | 1/15-10/15 | | Salary |
| | President, Director | 1/15-10/15 | | Medical Ins |
| | | | | |
| **30.4** | **Derrick May** | 1/26/2015 | 116,191 | Repay S/T Note |
| | 4400 Lorraine Ave | 6/8/2015 | | Repay S/T Note |
| | Dallas, TX 75205 | 1/15-10/15 | | Salary |
| | Corp Secretary, Controller | 1/15-10/15 | | Medical Ins |
| | **Total** | | **590,904** | |